IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01647-MSK-PAC

KAYTEE GARRISON,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,
a Delaware corporation,

    Defendant.

_____

### ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

The clerk is instructed to close this case.

DATED this 6th day of October, 2005.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge